**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Thomas Lee JOHNSON, Defendant—
Appellant.**

No. 01–50423.

D.C. No. CR–99–01007–LGB–02.

United States Court of Appeals,
Ninth Circuit.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

## MEMORANDUM **

Thomas Lee Johnson appeals his conviction, pursuant to a guilty plea, and sentence for conspiracy to interfere with commerce by robbery, using and carrying a firearm during a crime of violence, laundering of monetary instruments and related counts in violation of 18 U.S.C. §§ 1951, 924(c) and 1956(a)(1).

Johnson's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Johnson has not filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the plea agreement, including the limited waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998) (waiver of right to appeal is valid if knowing and voluntary), we enforce the waiver,

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

grant counsel's motion to withdraw, and dismiss the appeal.

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.